# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 04-21015 BL | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- |
| Case Name: | PAINTER, DEBORAH | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*01-65 - Money Market Account |
| Taxpayer ID #: | 13-7584750 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/30/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 01/08/08 | {6} | General Casualty Insurance | Proceeds of settlement per court order | 1142-000 | 50,000.00 | | 50,000.00 |
| 01/10/08 | | To Account #\*\*\*\*\*\*\*\*0166 | Transfer for prupose of writng lien checks-3 checks already written on money market | 9999-000 | | 9,426.28 | 40,573.72 |
| 01/10/08 | 1001 | Krockey, Cernugel, Cowgill & Clark | Payment of attorney fee per court order | 3210-600 | | 16,700.00 | 23,873.72 |
| 01/10/08 | 1002 | Krockey, Cernugel, Cowgill & Clark | Payment of attorney copsts per court order | 3220-610 | | 678.88 | 23,194.84 |
| 01/10/08 | 1003 | Deborah Painter | Payment of exemption per court order Stopped on 04/09/08 | 8100-002 | | 7,500.00 | 15,694.84 |
| 01/15/08 | | From Account #\*\*\*\*\*\*\*\*0166 | Transfer to pay lien and not incur bank fee | 9999-000 | 233.00 | | 15,927.84 |
| 01/15/08 | | To Account #\*\*\*\*\*\*\*\*0166 | | 9999-000 | | 233.00 | 15,694.84 |
| 01/15/08 | | To Account #\*\*\*\*\*\*\*\*0166 | Transfer for the Purpose of Paying a Lien | 9999-000 | | 233.00 | 15,461.84 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 9.12 | | 15,470.96 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 4.71 | | 15,475.67 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.26 | | 15,479.93 |
| 04/09/08 | 1003 | Deborah Painter | Payment of exemption per court order Stopped: check issued on 01/10/08 | 8100-002 | | -7,500.00 | 22,979.93 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.20 | | 22,983.13 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.87 | | 22,986.00 |

Subtotals :   $50,257.16   $27,271.16

{} Asset reference(s)

Printed: 06/30/2008 03:02 PM   V.10.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 04-21015 BL | **Trustee:** MICHAEL G. BERLAND (520196) |
| **Case Name:** PAINTER, DEBORAH | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** \*\*\*-\*\*\*\*\*01-65 - Money Market Account |
| **Taxpayer ID #:** 13-7584750 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 06/30/08 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 50,257.16 | 27,271.16 | $22,986.00 |
| | | | Less: Bank Transfers | | 233.00 | 9,892.28 | |
| | | | **Subtotal** | | 50,024.16 | 17,378.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50,024.16** | **$17,378.88** | |

{} Asset reference(s)                                                                                           Printed: 06/30/2008 03:02 PM    V.10.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 04-21015 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | PAINTER, DEBORAH | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****01-66 - Checking Account |
| Taxpayer ID #: | 13-7584750 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/30/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/10/08 | | From Account #*********0165 | Transfer for prupose of writng lien checks-3 checks already written on money market | 9999-000 | 9,426.28 | | 9,426.28 |
| 01/15/08 | | From Account #*********0165 | | 9999-000 | 233.00 | | 9,659.28 |
| 01/15/08 | | From Account #*********0165 | Transfer for the Purpose of Paying a Lien | 9999-000 | 233.00 | | 9,892.28 |
| 01/15/08 | | To Account #*********0165 | Transfer to pay lien and not incur bank fee | 9999-000 | | 233.00 | 9,659.28 |
| 01/15/08 | 101 | Blue Cross Blue Shield | Payment of lien per court order | 4220-000 | | 5,583.00 | 4,076.28 |
| 01/15/08 | 102 | Illinois Farmers Insurance Company | Payment of lein per court order | 4220-000 | | 3,000.00 | 1,076.28 |
| 01/15/08 | 103 | RS Medical | Payment of lien per court order | 4220-000 | | 843.28 | 233.00 |
| 01/23/08 | 104 | City of Joliet | Payment of lien per court order | 4220-000 | | 233.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,892.28 | 9,892.28 | $0.00 |
| | | | Less: Bank Transfers | | 9,892.28 | 233.00 | |
| | | | **Subtotal** | | 0.00 | 9,659.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$9,659.28** | |

{} Asset reference(s)

Printed: 06/30/2008 03:02 PM  V.10.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 04-21015 BL | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- |
| Case Name: | PAINTER, DEBORAH | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****01-66 - Checking Account |
| Taxpayer ID #: | 13-7584750 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/30/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

|  | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- | --- |
|  | MMA # ***-*****01-65 | 50,024.16 | 17,378.88 | 22,986.00 |
|  | Checking # ***-*****01-66 | 0.00 | 9,659.28 | 0.00 |
|  |  | $50,024.16 | $27,038.16 | $22,986.00 |

{} Asset reference(s)

Printed: 06/30/2008 03:02 PM    V.10.03