**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| DEBORAH PAINTER, | CASE NO. 04-21015 BL |
| Debtor. | JUDGE Bruce W. Black(Joliet) |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT
    Will County Court Annex Building
    57 North Ottawa Street, Room 201
    Joliet, Illinois 60432

    on: August 1, 2008

    at: 9:15 a..m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $      50,024.16

    b. Disbursements                         $      27,038.16

    c. Net Cash Available for                $      22,986.00
    Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees & Expenses) | 0.00 | $5,002.42 | $37.50 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | Deborah Painter (household exemption) | $7,500.00 | $7,500.00 |

7. Claims of general unsecured creditors totaling $16,424.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 63.60%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Nuvell Credit Corporation | $ 5,938.81 | $ 3,777.09 |
| 2 | City Of Joliet | $ 350.00 | $ 222.60 |
| 3 | Capital One Bank | $ 4,579.50 | $ 2,912.56 |
| 4 | Capital One Bank | $ 5,556.34 | $ 3,533.83 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the

    Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.    Debtor has been discharged.

11.    The Trustee proposed to abandon the following property at the hearing: N/A

Dated: July 7, 2008        For the Court,

          **KENNETH S. GARDNER**
          Kenneth S. Gardner
          Clerk of the U.S. Bankruptcy Court
          219 S. Dearborn Street; 7th Floor
          Chicago, IL 60604

Trustee:   MICHAEL G. BERLAND
Address:   One NORTH LA SALLE STREET
          Suite 1775
          CHICAGO, IL 60602

Phone No.: (312) 855-1272

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1            Date Rcvd: Jul 07, 2008
Case: 04-21015                Form ID: pdf002          Total Served: 17

The following entities were served by first class mail on Jul 09, 2008.
db           +Deborah Painter,    418 S Front Street,    Braidwood, IL 60408-2007
aty          +Timothy A. Clark,    Krockey, Cernugel, Cowgill Clark & Pyles,    3100 Theodore Street,    #101,
               Joliet, IL 60435-8562
tr           +Michael G Berland,    1 N LaSalle St,   No.1775,    Chicago, IL 60602-4065
8139698      +CCHS,   2423 Hoover Ave,    National City, CA 91950-6619
9404343      +Capital One Bank,    PO Box 85167,   Richmond, VA 23285-5167
8139697       Capital One Services,    P.O. Box 85015,    Richmond, VA  23285-5015
8139699      +City Of Joliet,    150 West Jefferson Street,    Joliet, IL 60432-4158
8139700      +George DePhillips, MD, SC,    P.O. Box 610,    Hinsdale, IL 60522-0610
8139701      +Joliet Radiological Service Corp,    2208 Weber Rd.,    Crest Hill, IL 60403-0961
8139696      +Krockey Cernugel Cowgill,    Clark & Pyles,    19 West Jefferson Street,    Joliet, IL 60432-4301
8139702      +NuMark Credit Union,    P.O. Box 2729,    Joliet, IL 60434-2729
8882870       Nuvell Credit Corporation,    PO Box 7100,    Little Rock, AR  72223-7100
8139703      +Nuvell Financial,    P.O. Box 242627,    Little Rock, AR 72223-0029
8139695      +Painter Deborah,    418 S Front Street,    Braidwood, IL 60408-2007
8139704      +Prairie Emergency Services,    P.O. Box 2669,    Joliet, IL 60434-2669
8139705      +Provena Saint Joseph Medical,    333 North Madison Street,    Joliet, IL 60435-8233
8139706      +Providian National Bank,    P.O. Box 9553,    Manchester, NH 03108

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           The Law Firm of Krockey Cerngel Cogill Clark & Pyl
                                                                                             TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 09, 2008**                     **Signature:** _Joseph Speetjens_