**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: PAINTER, DEBORAH | § | Case No. 04-21015 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $10,700.00 |
| Total Distribution to Claimants: $20,111.48 | Claims Discharged Without Payment: $11,822.48 |
| Total Expenses of Administration: $22,418.80 | |

3) Total gross receipts of $ 50,030.28 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 7,500.00 (see **Exhibit 2**), yielded net receipts of $42,530.28 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $10,700.00 | $9,659.28 | $9,659.28 | $9,659.28 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 22,418.80 | 22,418.80 | 22,418.80 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 21,379.36 | 16,647.38 | 16,647.38 | 10,452.20 |
| TOTAL DISBURSEMENTS | $32,079.36 | $48,725.46 | $48,725.46 | $42,530.28 |

4) This case was originally filed under Chapter 7 on June 01, 2004.
. The case was pending for 67 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/30/2009 By: /s/MICHAEL G. BERLAND
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury claim | 1142-000 | 50,000.00 |
| Interest Income | 1270-000 | 30.28 |
| **TOTAL GROSS RECEIPTS** | | $50,030.28 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Deborah Painter | Payment of exemption per court order | 8100-002 | 0.00 |
| Deborah Painter | Dividend paid 100.00% on $7,500.00; Claim# 5; Filed: $7,500.00; Reference: | 8100-000 | 7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $7,500.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**EXHIBIT 3 –SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Numark Credit Union | 4120-000 | 10,700.00 | N/A | N/A | 0.00 |
| Blue Cross Blue Shield | 4220-000 | N/A | 5,583.00 | 5,583.00 | 5,583.00 |
| Illinois Farmers Insurance Company | 4220-000 | N/A | 3,000.00 | 3,000.00 | 3,000.00 |
| RS Medical | 4220-000 | N/A | 843.28 | 843.28 | 843.28 |
| City of Joliet | 4220-000 | N/A | 233.00 | 233.00 | 233.00 |
| **TOTAL SECURED CLAIMS** | | $10,700.00 | $9,659.28 | $9,659.28 | $9,659.28 |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 5,002.42 | 5,002.42 | 5,002.42 |
| MICHAEL G. BERLAND | 2200-000 | N/A | 37.50 | 37.50 | 37.50 |
| Krockey, Cernugel, Cowgill & Clark | 3210-600 | N/A | 16,700.00 | 16,700.00 | 16,700.00 |
| Krockey, Cernugel, Cowgill & Clark | 3220-610 | N/A | 678.88 | 678.88 | 678.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 22,418.80 | 22,418.80 | 22,418.80 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Nuvell Credit Corporation | 7100-000 | 6,984.53 | 5,938.81 | 5,938.81 | 3,779.30 |
| City Of Joliet | 7100-000 | 550.00 | 350.00 | 350.00 | 0.00 |
| Capital One Bank | 7100-000 | 3,238.11 | 4,579.50 | 4,579.50 | 2,914.27 |
| Capital One Bank | 7100-000 | 4,979.42 | 5,556.34 | 5,556.34 | 3,535.90 |
| George DePhillips MD | 7100-000 | 3,923.01 | N/A | N/A | 0.00 |
| Joliet Radiological | 7100-000 | 495.00 | N/A | N/A | 0.00 |
| Prarie Financial Services | 7100-000 | 356.00 | N/A | N/A | 0.00 |
| Provena Medical | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| CCHS | 7100-000 | 211.42 | N/A | N/A | 0.00 |
| Providian | 7100-000 | 641.87 | N/A | N/A | 0.00 |
| Clerk of Bankruptcy Court | 7100-000 | N/A | 222.73 | 222.73 | 222.73 |
| TOTAL GENERAL UNSECURED CLAIMS | | 21,379.36 | 16,647.38 | 16,647.38 | 10,452.20 |

Document Page 6 of 10

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-21015
**Case Name:** PAINTER, DEBORAH
**Period Ending:** 12/30/09

**Trustee:** (520196) MICHAEL G. BERLAND
**Filed (f) or Converted (c):** 06/01/04 (f)
**§341(a) Meeting Date:** 07/14/04
**Claims Bar Date:** 04/14/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned OA=§554(a) DA=§554(c) | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking and savings NuMark-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 2 | Furniture and electronic appliances-scheduled | 750.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing-scheduled | 250.00 | 0.00 | | 0.00 | FA |
| 4 | 403b account-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Vater IORA-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Personal injury claim | 7,500.00 | 0.00 | | 50,000.00 | FA |
| 7 | 2000 GMC-scheduled | 10,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 30.28 | FA |
| 8 | **Assets** Totals (Excluding unknown values) | $20,700.00 | $0.00 | | $50,030.28 | $0.00 |

**Major Activities Affecting Case Closing:**

The trustee filed his final report and one check has not cleared..

**Initial Projected Date Of Final Report (TFR):** July 31, 2008 **Current Projected Date Of Final Report (TFR):** July 11, 2008 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 04-21015
**Case Name:** PAINTER, DEBORAH

**Taxpayer ID #:** 13-7584750
**Period Ending:** 12/30/09

**Trustee:** MICHAEL G. BERLAND (520196)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****01-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/08/08 | {6} | General Casualty Insurance | Proceeds of settlement per court order | 1142-000 | 50,000.00 | | 50,000.00 |
| 01/10/08 | | To Account #********0166 | Transfer for prupose of writng lien checks-3 checks already written on money market | 9999-000 | | 9,426.28 | 40,573.72 |
| 01/10/08 | 1001 | Krockey, Cemugel, Cowgill & Clark | Payment of attorney fee per court order | 3210-600 | | 16,700.00 | 23,873.72 |
| 01/10/08 | 1002 | Krockey, Cemugel, Cowgill & Clark | Payment of attomey copsts per court order | 3220-610 | | 678.88 | 23,194.84 |
| 01/10/08 | 1003 | Deborah Painter | Payment of exemption per court order Stopped on 04/09/08 | 8100-002 | | 7,500.00 | 15,694.84 |
| 01/15/08 | | To Account #********0166 | Transfer for the Purpose of Paying a Lien | 9999-000 | | 233.00 | 15,461.84 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 9.12 | | 15,470.96 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 4.71 | | 15,475.67 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.26 | | 15,479.93 |
| 04/09/08 | 1003 | Deborah Painter | Payment of exemption per court order Stopped: check issued on 01/10/08 | 8100-002 | | -7,500.00 | 22,979.93 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.20 | | 22,983.13 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.87 | | 22,986.00 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.92 | | 22,988.92 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.92 | | 22,991.84 |
| 08/04/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.28 | | 22,992.12 |
| 08/04/08 | | To Account #********0166 | Transfer for purpose of final distribution | 9999-000 | | 22,992.12 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 50,030.28 | 50,030.28 | $0.00 |
| Less: Bank Transfers | 0.00 | 32,651.40 | |
| **Subtotal** | 50,030.28 | 17,378.88 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $50,030.28 | $17,378.88 | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 04-21015
**Case Name:** PAINTER, DEBORAH
**Taxpayer ID #:** 13-7584750
**Period Ending:** 12/30/09

**Trustee:** MICHAEL G. BERLAND (520196)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****01-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/10/08 | | From Account #********0165 | Transfer for prupose of writng lien checks-3 checks already written on money market | 9999-000 | 9,426.28 | | 9,426.28 |
| 01/15/08 | | From Account #********0165 | Transfer for the Purpose of Paying a Lien | 9999-000 | 233.00 | | 9,659.28 |
| 01/15/08 | 101 | Blue Cross Blue Shield | Payment of lien per court order | 4220-000 | | 5,583.00 | 4,076.28 |
| 01/15/08 | 102 | Illinois Farmers Insurance Company | Payment of tein per court order | 4220-000 | | 3,000.00 | 1,076.28 |
| 01/15/08 | 103 | RS Medical | Payment of lien per court order | 4220-000 | | 843.28 | 233.00 |
| 01/23/08 | 104 | City of Joliet | Payment of lien per court order | 4220-000 | | 233.00 | 0.00 |
| 08/04/08 | | From Account #********0165 | Transfer for purpose of final distribution | 9999-000 | 22,992.12 | | 22,992.12 |
| 08/07/08 | 105 | Deborah Painter | Dividend paid 100.00% on $7,500.00; Claim# 5; Filed: $7,500.00; Reference: | 8100-000 | | 7,500.00 | 15,492.12 |
| 08/07/08 | 106 | MICHAEL G. BERLAND | Dividend paid 100.00% on $5,002.42, Trustee Compensation; Reference: | 2100-000 | | 5,002.42 | 10,489.70 |
| 08/07/08 | 107 | MICHAEL G. BERLAND | Dividend paid 100.00% on $37.50, Trustee Expenses; Reference: | 2200-000 | | 37.50 | 10,452.20 |
| 08/07/08 | 108 | Nuvell Credit Corporation | Dividend paid 63.63% on $5,938.81; Claim# 1; Filed: $5,938.81; Reference: | 7100-000 | | 3,779.30 | 6,672.90 |
| 08/07/08 | 109 | City Of Joliet | Dividend paid 63.63% on $350.00; Claim# 2; Filed: $350.00; Reference: Stopped on 02/12/09 | 7100-000 | | 222.73 | 6,450.17 |
| 08/07/08 | 110 | Capital One Bank | Dividend paid 63.63% on $4,579.50; Claim# 3; Filed: $4,579.50; Reference: | 7100-000 | | 2,914.27 | 3,535.90 |
| 08/07/08 | 111 | Capital One Bank | Dividend paid 63.63% on $5,556.34; Claim# 4; Filed: $5,556.34; Reference: | 7100-000 | | 3,535.90 | 0.00 |
| 02/12/09 | 109 | City Of Joliet | Dividend paid 63.63% on $350.00; Claim# 2; Filed: $350.00; Reference: Stopped: check issued on 08/07/08 | 7100-000 | | -222.73 | 222.73 |
| 03/25/09 | 112 | Clerk of Bankruptcy Court | Payment of unclaimed funds | 7100-000 | | 222.73 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 32,651.40 | 32,651.40 | $0.00 |
| Less: Bank Transfers | 32,651.40 | 0.00 | |
| **Subtotal** | 0.00 | 32,651.40 | |
| Less: Payments to Debtors | | 7,500.00 | |
| **NET Receipts / Disbursements** | $0.00 | $25,151.40 | |

{} Asset reference(s)

Printed: 12/30/2009 10:14 AM V.11.53

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 04-21015
**Case Name:** PAINTER, DEBORAH

**Taxpayer ID #:** 13-7584750
**Period Ending:** 12/30/09

**Trustee:** MICHAEL G. BERLAND (520196)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****01-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****01-65 | 50,030.28 | 17,378.88 | 0.00 |
| Checking # ***-*****01-66 | 0.00 | 25,151.40 | 0.00 |
| | $50,030.28 | $42,530.28 | $0.00 |